ERIC B. ZIMBELMAN
Admitted *Pro Hac Vice*
STEVEN D. MEACHAM, ESQ.
California Bar No. 169977
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, NV  89074-6571
Phone:  (702) 990-7272
*Attorneys for Plaintiff United States*
*for the Use and Benefit of J&J Enterprises, Inc..*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF J&J ENTERPRISES SERVICES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PEAK ROCK & PAVING, INC., a California Corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation<br><br>Defendants. | Case No.:  1:11 CV 00643 AWI-DLB<br><br>STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE<br><br>Dennis L. Beck<br>U.S. Magistrate Judge |

For good cause, the Parties hereby Stipulate and agree that the Court's Scheduling Order [Document No. 17] may and should be amended to extend the deadline for the written designation of retained and non-retained experts from February 17, 2012 to March 31, 2012. Plaintiff needs additional time to complete these disclosures and the Defendants may supplement their disclosures.  The discovery cutoff is June 1, 2012 and the trial date is October 30, 2012. The parties do not seek to change these dates.

In accordance with the provisions of the Scheduling Order, a Declaration of Plaintiff's counsel, Eric Zimbelman, is submitted herewith in support of this Stipulation.

RESPECTFULLY SUBMITTED: March 1, 2012.

**PEEL BRIMLEY LLP**           **LAW OFFICES OF MICHAEL W. JANSEN**

/s/                            /s/
ERIC B. ZIMBELMAN, *Pro Hac Vice*   MICHAEL W. JANSEN

*Attorneys for Plaintiff United States*    Attorney for Defendant Eagle
*for the Use and Benefit of J&J Enterprises*   Peak Rock & Paving, Inc.
*Services, Inc.*               *(Electronic Signature Authorized via Email*
                               *to Plaintiff's counsel*

IT IS SO ORDERED.

Dated: **March 6, 2012**              /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273