ERIC B. ZIMBELMAN
Admitted *Pro Hac Vice*
STEVEN D. MEACHAM, ESQ.
California Bar No. 169977
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, NV  89074-6571
Phone:  (702) 990-7272
*Attorneys for Plaintiff United States*
*for the Use and Benefit of J&J Enterprises, Inc..*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF J&J ENTERPRISES SERVICES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PEAK ROCK & PAVING, INC., a California Corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation<br><br>Defendants. | Case No.:  1:11 – CV – 00643 – AWI-DLB<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF<br><br>Dennis L. Beck<br>U.S. Magistrate Judge |

For good cause, the Parties hereby Stipulate and agree that the Court's Scheduling Order [Document No. 17] may and should be amended to extend the deadline to complete discovery from June 1, 2012 to July 13, 2012.  Because of counsel's scheduling conflicts and witness availability issues, the Parties need additional time to complete depositions, including expert depositions, of witnesses in California, Nevada and Colorado.  Trial is set for October 30, 2012.  The parties do not seek to change the trial date.

In accordance with the provisions of the Scheduling Order, a Declaration of Plaintiff's counsel, Eric Zimbelman, is submitted herewith in support of this Stipulation.

RESPECTFULLY SUBMITTED: May 8, 2012.

| **PEEL BRIMLEY LLP** | **LAW OFFICES OF MICHAEL W. JANSEN** |
|---|---|
| /s/ | /s/ |
| ERIC B. ZIMBELMAN, *Pro Hac Vice* | MICHAEL W. JANSEN |
| *Attorneys for Plaintiff United States for the Use and Benefit of J&J Enterprises Services, Inc.* | Attorney for Defendant Eagle Peak Rock & Paving, Inc. *(Electronic Signature Authorized via Email to Plaintiff's counsel* |

IT IS SO ORDERED.

Dated:   **May 10, 2012**                    /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273