ERIC B. ZIMBELMAN
Admitted *Pro Hac Vice*
STEVEN D. MEACHAM, ESQ.
California Bar No. 169977
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, NV  89074-6571
Phone:  (702) 990-7272
*Attorneys for Plaintiff J&J Enterprises*
 *Services, Inc..*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF J&J ENTERPRISES SERVICES, INC., a Nevada Corporation, | Case No.:  1:11 – CV – 00643 – AWI-DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| EAGLE PEAK ROCK & PAVING, INC., a California Corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation | Dennis L. Beck U.S. Magistrate Judge |
| Defendants. | |

The Parties hereby Stipulate and agree that all claims, defenses, and counterclaims that have been or could have been asserted between all parties herein, may be dismissed with prejudice and without costs to either party, this matter having been fully settled as between the undersigned parties.

///

///

///

**PEEL BRIMLEY LLP**
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ◆ FAX (702) 990-7273

1

2      RESPECTFULLY SUBMITTED: September 10, 2012.

3

**PEEL BRIMLEY LLP**              **LAW OFFICES OF MICHAEL W. JANSEN**

4

5

6      _____/s/_____                    _____/s/_____
       ERIC B. ZIMBELMAN, *Pro Hac Vice*     MICHAEL W. JANSEN

7      *Attorneys for Plaintiff J&J Enterprises*     Attorney for Defendant Eagle
       *Services, Inc.*                       Peak Rock & Paving, Inc.

8                                            *(Electronic Signature Authorized via Email*
                                             *to Plaintiff's counsel*

9

10                        **ORDER**

11

12     IT IS SO ORDERED.

13     Dated:   September 11, 2012        _____

14                                       CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ◆ FAX (702) 990-7273