ERIC B. ZIMBELMAN
Admitted *Pro Hac Vice*
STEVEN D. MEACHAM, ESQ.
California Bar No. 169977
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, NV  89074-6571
Phone:  (702) 990-7272
*Attorneys for Plaintiff J&J Enterprises Services, Inc..*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF J&J ENTERPRISES SERVICES, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE PEAK ROCK & PAVING, INC., a California Corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation <br><br> Defendants. | Case No.:  1:11 – CV – 00643 – AWI-DLB <br><br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE <br><br><br> Dennis L. Beck <br> U.S. Magistrate Judge |

The Parties hereby Stipulate and agree that all claims, defenses, and counterclaims that have been or could have been asserted between all parties herein, may be dismissed with prejudice and without costs to either party, this matter having been fully settled as between the undersigned parties.

///

///

///

RESPECTFULLY SUBMITTED: September 10, 2012.

**PEEL BRIMLEY LLP**       **LAW OFFICES OF MICHAEL W. JANSEN**

/s/       /s/
ERIC B. ZIMBELMAN, *Pro Hac Vice*       MICHAEL W. JANSEN

*Attorneys for Plaintiff J&J Enterprises Services, Inc.*

Attorney for Defendant Eagle Peak Rock & Paving, Inc.
*(Electronic Signature Authorized via Email to Plaintiff's counsel*

## **ORDER**

IT IS SO ORDERED.

Dated: September 11, 2012

CHIEF UNITED STATES DISTRICT JUDGE